UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
NATIONAL RESOURCES DEFENSE COUNCIL :
:
Plaintiff, :
: 17-CV-5928 (JMF)
-v- :
: ORDER
U.S. ENVIRONMENTAL PROTECTION AGENCY, :
:
Defendant. :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

A status conference in this case will be held on **Friday, December 13, 2019, at 9:30 a.m.** in **Courtroom 11B** of the **Daniel Patrick Moynihan United States Courthouse**, 500 Pearl Street, New York, NY 1007 (note that this is NOT the undersigned's usual courtroom or courthouse). Counsel should be prepared to discuss their proposals for how to proceed in this litigation. *See* ECF Nos. 74, 75.

SO ORDERED.

Dated: December 11, 2019
       New York, New York
                                                      _____
                                                      JESSE M. FURMAN
                                                      United States District Judge