UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                    :

NATURAL RESOURCES DEFENSE COUNCIL,    :

                               :

               Plaintiff,       :

                               :            17-CV-5928 (JMF)

      -v-                     :

                               :              ORDER

U.S. ENVIRONMENTAL PROTECTION AGENCY,   :

                               :

              Defendant.     :

                               :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed on the record during the conference held today, it is hereby ORDERED
that:

- No later than **December 19, 2019**, the EPA shall disclose the five records that the Court
  found, after *in camera review*, must be disclosed in full.  ECF No. 57 ("August 30
  Order") at 32-33.  By the same date, the EPA shall also disclose the portions of the four
  records that the Court found must be disclosed in part.  *Id.*

- No later than **December 19, 2019**, the EPA shall review the five records referenced in
  footnote 11 of the August 30 Order and disclose all reasonably segregable, non-exempt
  information.

- No later than **January 20, 2020**, the EPA shall review the 165 records listed in Exhibit 3
  of the NRDC's December 9, 2019 letter, and, by the same date, shall notify NRDC
  whether it agrees with the categorizations in NRDC's December 9, 2019 letter.  *See* ECF
  No. 74, at 4 & Ex. 3.  No later than **January 27, 2020**, the parties shall file a joint letter
  indicating their agreement or disagreement regarding categorization of those records and,
  to the extent the parties disagree, proposed next steps.  Further, unless and until the Court
  orders otherwise, no later than **February 19, 2020**, the EPA shall complete its review and
  production (as appropriate) of those 165 documents.

- No later than **January 31, 2020**, the EPA shall review the sixty-four records in the
  *Vaughn* index withheld under the deliberative process privilege for reasonably
  segregable, non-exempt information.  *See* ECF No. 74, at 3.

Finally, no later than **January 31, 2020**, the EPA is ORDERED to produce to the NRDC the twenty-eight records that the Court found were improperly withheld on the basis of the deliberative process privilege.  *See* August 30, 2019 Order 37-39; ECF No. 74, at 2; ECF No. 75, at 2.  The EPA shall advise the Court if it believes that entry of a partial judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure is appropriate.

      SO ORDERED.

Dated: December 13, 2019
      New York, New York

_____
JESSE M. FURMAN
United States District Judge