**Joint Letter to the Court submitted by Plaintiff Natural Resources Defense Council and Defendant Environmental Protection Agency**

December 7, 2020

Honorable Jesse M. Furman
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2202
New York, NY 10007

Re:  *Natural Resources Defense Council v. U.S. Environmental Protection Agency*,
     17 Civ. 5928 (JMF)

Dear Judge Furman:

The Natural Resources Defense Council ("NRDC") and the U.S. Environmental Protection Agency ("EPA") respectfully submit this joint letter pursuant to the Court's Memorandum Opinion and Order of November 24, 2020, ECF No. 101.

EPA will disclose Documents 6761 and 14043 to NRDC, pursuant to the Court's Order, no later than December 11, 2020. The parties agree that no issues remain for this Court to decide until after the Second Circuit issues its ruling on EPA's pending interlocutory appeal.

Respectfully submitted,

/s/ *Rachel L. Fried*
Rachel L. Fried
David C. Vladeck
Georgetown University Law Center
Civil Litigation Clinic
Tel: (202) 662-9251
Email: Rachel.Fried@law.georgetown.edu

*Attorneys for Plaintiff Natural Resources Defense Council*

Geoffrey S. Berman
United States Attorney
*Counsel for Defendant EPA*

/s/ *Tomoko Onozawa*
Tomoko Onozawa
Assistant United States Attorney
Tel: (212) 637-2721
Fax: (212) 637-2686
Email: tomoko.onozawa@usdoj.gov