UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
NATURAL RESOURCES DEFENSE COUNCIL,   :
:
Plaintiff,   :
:   17-CV-5928 (JMF)
-v-   :
:   ORDER
U.S. ENVIRONMENTAL PROTECTION AGENCY,   :
:
Defendant.   :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     In a joint letter filed December 7, 2020, the parties indicated that no issues remain for this Court to decide in this case pending the Second Circuit's ruling on EPA's pending interlocutory appeal. ECF No. 102. In light of that representation, the Clerk of Court is directed to administratively close the case without prejudice to either party moving to reopen the case **within thirty days** of any decision by the Second Circuit on EPA's interlocutory appeal.

     SO ORDERED.

Dated: December 7, 2020
      New York, New York
                                          JESSE M. FURMAN
                                       United States District Judge