UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                :
NATURAL RESOURCES DEFENSE COUNCIL,     :
                                :
               Plaintiff,         :
                                :        17-CV-5928 (JMF)
      -v-                  :
                                :          <u>ORDER</u>
U.S. ENVIRONMENTAL PROTECTION AGENCY,  :
                                :
             Defendant.     :
                                :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      By **February 4, 2022**, the parties shall file a joint letter proposing next steps in this case in light of the Second Circuit's decision vacating and remanding the Court's November 24, 2020 Order, *see* ECF No. 107.

      SO ORDERED.

Dated: January 21, 2022
      New York, New York                 _____
                                     JESSE M. FURMAN
                                 United States District Judge