UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE COUNCIL,

Plaintiff,

-v-

U.S. ENVIRONMENTAL PROTECTION AGENCY,

Defendant.

17 Civ. 5928 (JMF)

## RULE 41 STIPULATION OF DISMISSAL

Plaintiff and Defendant, by and through their undersigned counsel, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims filed by Plaintiff in the above-captioned action are hereby dismissed with prejudice. The parties shall bear their own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED.

Dated  March 22, 2022
       Washington, D.C.

*(signature)*

DAVID C. VLADECK
Georgetown University Law Center
600 New Jersey Avenue, NW
Washington, D.C. 20001
Tel.: (202) 662-9540
Email: vladeckd@law.georgetown.edu

*Counsel for Plaintiff Natural Resources Defense Council*

Dated: March 21, 2022
      New York, New York

                        DAMIAN WILLIAMS
                        United States Attorney for the
                        Southern District of New York
                        *Attorney for Defendant U.S.*
                              *Environmental Protection Agency*

By:    */s/ Tomoko Onozawa*
                        TOMOKO ONOZAWA
                        Assistant United States Attorney
                        86 Chambers Street, 3rd Floor
                        New York, New York 10007
                        Tel.:  (212) 637-2721
                        Email: tomoko.onozawa@usdoj.gov